# Order

Michigan Supreme Court
Lansing, Michigan

March 3, 2020

159072 & (36)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FREDRICK KYLE YOUNG,
      Defendant-Appellant.

_____/

SC: 159072
COA: 344196
Wayne CC: 14-006130-FC

By order of December 23, 2019, the prosecuting attorney was directed to answer the application for leave to appeal the December 7, 2018 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. For purposes of MCR 6.502(G)(1), the Court notes that, although the defendant's motion has been styled as a motion for relief from judgment by the courts below, it should not be regarded as a motion for relief from judgment in any future case. The defendant actually filed a motion for a new trial under MCR 6.431, which was properly denied by the trial court for lack of merit. It was also untimely. MCR 6.431(A). The application for leave to appeal to the Court of Appeals was properly denied, but due to the lack of merit in the grounds presented, not under the rules of MCR 6.501, *et seq.* The order of the Court of Appeals is VACATED to the extent that it is inconsistent with this order. The motion for peremptory reversal is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2020



Clerk

b0224